UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY W. BRAEGER, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　　Defendant. | Case No.: 1:11-cv-01931 - JLT <br><br> ORDER GRANTING EXTENSION OF TIME <br><br> (Doc. 9) |

The parties have stipulated by counsel to extend the period of time for Plaintiff to file an opening brief. (Doc. 9). The Scheduling Order allows a single thirty-day extension by stipulation (Doc. 4 at 4). Here, the parties have agreed to a fourteen-day extension, and this is the first extension requested by the parties. Accordingly, it is **HEREBY ORDERED:** Plaintiff is granted an extension of time until **July 18**, **2012** to file his opening brief.

IT IS SO ORDERED.

Dated:　**June 6, 2012**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1