UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY W. BRAEGER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:11-cv-01931 - JLT<br><br>ORDER GRANTING SECOND EXTENSION OF TIME<br><br>(Doc. 13) |

The parties have stipulated by counsel to extend the period of time for Defendant to file a brief in opposition. (Doc. 13). The Scheduling Order allows a single thirty-day extension by stipulation (Doc. 4 at 4). "With the exception of the single thirty day extension, requests to modify [the] order must be made by written motion and will be granted only for good cause." *Id.* Previously, the parties have agreed to a fourteen-day extension for Plaintiff (Doc. 9), and this is the first extension requested by Defendant. (Doc. 13 at 1).

Good cause appearing, it is **HEREBY ORDERED:** Defendant is granted an extension of time until **September 17, 2012** to file a brief in opposition.

IT IS SO ORDERED.

Dated:   **July 30, 2012**                              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE